448 A.2d 1180

Stowe, Appellant v. Reliance Inc., Co.

Baker, Appellant v. Fireman's Fund Ins., Co., et al.
Petition for Allowance of Appeal Denied Nov. 9, 1982.

Argued September 8, 1980. Gordon W. Gerber, for appellants; Bernard F. Pettit, for Reliance Ins., Co., appellee (at No. 334); Michael Saltzburg, for Fireman's Fund Ins., Co., appellee (at No. 455); Frederick C. Fletcher, II, for Insurance Co. of North America, appellee (at No. 455).

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed at 334 October 1979. Order affirmed at 455 Philadelphia 1980 as to Fireman's Fund Insurance Company. Appeal quashed at 455 Philadelphia 1980 as to Insurance Company of North America.